Form 704-8B
Rev. 1/05

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: ) | |
| ) | |
| SEEMILLER, RODGER K ) | Case No. 5-09-50585 |
| SEEMILLER, DIANE M ) | |
| ) | |
| Debtor(s) ) | Chapter 7 |
| ) | |

## TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Date:  November 30, 2009            /s/ John G. Leake
                                    JOHN G. LEAKE
                                    P O Box 526
                                    Harrisonburg, VA  22803
                                    (540) 434-7425

Date: 11/06/09　　　　　　　　　　DIVIDENDS REMITTED TO THE COURT　　　　　　　　　　Page:

Case Number 5-09-50585 - SEEMILLER, RODGER K

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602-2175 | 000004 | 546.21 | 2.66 |
| BB&T Bankruptcy Section PO Box 1847 Wilson, NC 27894 3815 | 000007 | 42.83 | 0.21 |
| Chase Bank USA, N.A. P O Box 740933 Dallas, TX 75374 7384 | 000008 | 275.74 | 1.35 |
| ---------- Remittance Total ---------------- | | 864.78 | 4.22 |

JOHN G. LEAKE, TRUSTEE

# PROPOSED DISTRIBUTION

Case Number: 5-09-50585    RK                                  Page 1                                         Date: November 6, 2009
Debtor Name: SEEMILLER, RODGER K \ SEEMILLER, DIANE M

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $3,564.73 |
| | JOHN G. LEAKE COMPENSATION | Admin | | $1,427.15 | $0.00 | $1,427.15 | $1,427.15 | $2,137.58 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | JOHN G. LEAKE EXPENSES | Admin | | $55.43 | $0.00 | $55.43 | $55.43 | $2,082.15 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | Dale A. Davenport Esq. | Admin | 001 | $1,071.00 | $0.00 | $1,071.00 | $1,071.00 | $1,011.15 |
| | | | Percent Paid: 100.00000 % | | | | | |
| 000001 | DISCOVER BANK | Unsec | 070 | $10,736.75 | $0.00 | $10,736.75 | $52.34 | $958.81 |
| | | | Percent Paid: 0.48748 % | | | | | |
| 000002 | DISCOVER BANK | Unsec | 070 | $7,806.02 | $0.00 | $7,806.02 | $38.06 | $920.75 |
| | | | Percent Paid: 0.48757 % | | | | | |
| 000003 | TARGET NATIONAL BANK | Unsec | 070 | $1,849.74 | $0.00 | $1,849.74 | $9.02 | $911.73 |
| | | | Percent Paid: 0.48764 % | | | | | |
| 000004 | PYOD LLC its successors and assigns as assignee of | Unsec | 070 | $546.21 | $0.00 | $546.21 | $2.66 | $909.07 |
| | | | Percent Paid: 0.48699 % | | | | | |
| 000005 | BB&T Bankruptcy Section | Unsec | 070 | $2,714.70 | $0.00 | $2,714.70 | $13.23 | $895.84 |
| | | | Percent Paid: 0.48735 % | | | | | |
| 000006 | BB&T Bankruptcy Section | Unsec | 070 | $3,265.96 | $0.00 | $3,265.96 | $15.92 | $879.92 |
| | | | Percent Paid: 0.48745 % | | | | | |
| 000007 | BB&T Bankruptcy Section | Unsec | 070 | $42.83 | $0.00 | $42.83 | $0.21 | $879.71 |
| | | | Percent Paid: 0.49031 % | | | | | |
| 000008 | Chase Bank USA,N.A. | Unsec | 070 | $275.74 | $0.00 | $275.74 | $1.35 | $878.36 |
| | | | Percent Paid: 0.48959 % | | | | | |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERICA | Unsec | 070 | $11,147.00 | $0.00 | $11,147.00 | $54.34 | $824.02 |
| | | | Percent Paid: 0.48749 % | | | | | |
| 000010 | FIA CARD SERVICES, NA/BANK OF AMERICA | Unsec | 070 | $29,291.03 | $0.00 | $29,291.03 | $142.80 | $681.22 |
| | | | Percent Paid: 0.48752 % | | | | | |
| 000011A | Virginia Savings Bank, FSB | Unsec | 070 | $137,710.14 | $0.00 | $137,710.14 | $671.38 | $9.84 |
| | | | Percent Paid: 0.48753 % | | | | | |
| 000012 | Recovery Management Systems Corporation | Unsec | 070 | $2,017.23 | $0.00 | $2,017.23 | $9.84 | $0.00 |
| | | | Percent Paid: 0.48780 % | | | | | |

*[signature]*                                                    11·30·05

## PROPOSED DISTRIBUTION

| Case Number: 5-09-50585    RK | Page 2 | Date: November 6, 2009 |

Debtor Name: SEEMILLER, RODGER K \ SEEMILLER, DIANE M

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $209,956.93 | $0.00 | $209,956.93 | $3,564.73 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.